COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-338-CV

SWSC-HURST, L.P. APPELLANT

V.

TONY ARGUELLO REYES APPELLEE

----------

FROM THE 342ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal Without Prejudice.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of the 
appeal, for which let execution issue.

PER CURIAM 

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

         DELIVERED: January 27, 2005  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.